JOHN L. MEDEARIS
Clerk of the Court

NOTICE

Date: September 5, 2019

Re: LONG V. PIERCY

This appeal was docketed in the district court on September 5, 2019. Briefs are to conform to Bankruptcy Rule 8014 and are to be filed with the clerk of this court. Please note the District Court case number to be used with all filings. It is not necessary to include the Bankruptcy Court case number.

All filings in this court are to be filed electronically using the court's CM/ECF system. To obtain a user id and password, go to our web site at www.tned.uscourts.gov, click on Electronic Case Filing System –Online Registration.

Unless otherwise ordered by the district court, the briefing schedule set forth in Bankruptcy Rule 8018(a) will apply:

(1) The appellant shall serve and file a brief within 30 days after the docketing of the notice that the record has been transmitted or is available electronically.

(2) The appellee shall serve and file a brief within 30 days after service of the brief of appellant. If the appellee has filed a cross appeal, the brief of the appellee shall contain the issues and argument pertinent to the cross appeal, denominated as such, and the response to the brief of the appellant.

(3) The appellant may serve and file a reply brief within 14 days after service of the brief of the appellee, and if the appellee has cross–appealed, the appellee may file and serve a reply brief to the response of the appellant to the issues presented in the cross appeal within 14 days after service of the reply brief of the appellant. No further briefs may be filed except with leave of the district court.