UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DOLORES J. PIERCY, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | No. 3:19-CV-347 |
| M. DUSTIN LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOLORES J. PIERCY, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JOSEPH SHANE PIERCY, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | No. 3:19-CV-348 |
| M. DUSTIN LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH SHANE PIERCY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned cases are related to *Long v. Piercy*, No. 3:19-CV-346. The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties. Therefore, the cases are

related. *See* E.D. Tenn. L.R. 3.2(d)(3)(A)(2).

Because the first of these cases was assigned to District Judge J. Ronnie Greer and Magistrate Judge H. Bruce Guyton, these two cases will also be assigned to District Judge J. Ronnie Greer and Magistrate Judge H. Bruce Guyton. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge